**United States District Court**
For the Northern District of California

1
2
3
4
5
6              IN THE UNITED STATES DISTRICT COURT
7
8              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9   WILLIAM HELM, et al.,
10              Plaintiffs,                    No. C 08-01184 JSW
11       v.
12   ALDERWOODS GROUP INC, et al.,
                                               **SUA SPONTE JUDICIAL**
13              Defendants.                    **REFERRAL FOR PURPOSES OF**
                                               **DETERMINING RELATIONSHIP**
14   _____/         **OF CASES**
15
16          Pursuant to Civil Local Rule 3-12(c), the Court ORDERS that the above captioned case
    is referred to Judge Susan Illston to determine whether it is related to *Bryant, et al. v.*
17
    *Alderwoods Group, Inc., et al.*, Case No. 07-5696 SI.
18
           **IT IS SO ORDERED.**
19
20
    Dated: March 13, 2008
21                                             _____
                                               JEFFREY S. WHITE
22                                             UNITED STATES DISTRICT JUDGE
23
24   cc:    Judge Susan Illston
25
26
27
28