10/23/2008 14:06 FAX 415 433 7104  ROSEN BIEN GALVAN  ☒002
Oct-14-08  09:16am  From-BURNHAM BROWN  +510 835 6666  T-016  P.003/006  F-164
0:11-cv-02337-JFA  Date Filed 10/28/08  Entry Number 118  Page 1 of 4
Case 3:08-cv-01190-SI  Document 104  Filed 10/24/2008  Page 1 of 4

Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

Attorneys for Plaintiffs

(Additional Counsel for Plaintiffs on the following page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLAUDE BRYANT, et al., On behalf of themselves and all employees similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SERVICE CORPORATION INTERNATIONAL, et al., <br><br> Defendants. | Case Nos. C 08-1190-SI, C 08-1184-SI <br><br> STIPULATION OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS AND NOTICE OF APPEARANCE OF NEW COUNSEL |
| WILLIAM HELM, et al. On behalf of themselves and all employees similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALDERWOODS GROUP, INC., et al. <br><br> Defendants. | |

PLEASE TAKE NOTICE that Plaintiffs in both of the above-referenced matters hereby substitute one of their counsel and attorneys of record as in this matter as follows:

Former Counsel:   Rosen, Bien and Galvan, LLP

STIP OF SUBSTITUTION OF COUNSEL FOR PLTF AND NOT OF APP OF NEW COUNSEL   1   Case Nos. C 08-1190-SI, C 08-1184-SI

10/23/2008 14:06 FAX 415 433 7104 ROSEN BIEN GALVAN ☒003
Oct-14-08  09:16am  From-BURNHAM BROWN  +510 835 6666  T-016  P.004/006  F-164

0:11-cv-02337-JFA   Date Filed 10/28/08   Entry Number 118   Page 2 of 4
Case 3:08-cv-01190-SI   Document 104   Filed 10/24/2008   Page 2 of 4

|   |   |   |
|---|---|---|
| 1 |  | Sanford Jay Rosen |
|   |  | Maria V. Morris |
|   |  | Lori E. Rifkin |
| 2 |  | 315 Montgomery Street, Tenth Floor |
|   |  | San Francisco, CA 94104 |
| 3 |  | (415) 433-6830 |
| 4 | New Counsel: | Burnham Brown |
|   |  | Robert M. Bodzin |
| 5 |  | P.O. Box 119 |
|   |  | Oakland, California 94604-0119 |
| 6 |  | (510) 444-6800 |

7   PLEASE TAKE FURTHER NOTICE that the firms of DOLIN, THOMAS & SOLOMON

8   LLP and MARGOLIS EDELSTEIN remain as counsel of record for Plaintiffs

10   DATED: October 23, 2008             ROSEN, BIEN & GALVAN, LLP

12                                        By /s/
13                                        Sanford Jay Rosen, State Bar No. 62566
                                          Maria V. Morris, State Bar No. 223903
14                                        Lori E. Rifkin, State Bar No. 244081

15                                        315 Montgomery Street, Tenth Floor
                                          San Francisco, CA 94104
16                                        Telephone: (415) 433-6830

17   DATED: October 23, 2008             BURNHAM BROWN
18
19                                        By /s/
                                          Robert M. Bodzin, State Bar No. 201327
20                                        P.O. Box 119
                                          Oakland, CA 94604-0119
21                                        Telephone: (510) 444-6800

STIP OF SUBSTITUTION OF COUNSEL FOR       2    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL.

| | |
|---|---|
| 1 | Additional Counsel for Plaintiffs |
| 2 | J. Nelson Thomas, NY Attorney No. 2579159 |
| | Patrick J. Solomon, NY Attorney No. 2716660 |
| 3 | Annette Gifford, NY Attorney No. 4105870 |
| | DOLIN, THOMAS & SOLOMON LLP |
| 4 | 693 East Avenue |
| | Rochester, NY 14607 |
| 5 | Telephone: (585) 272-0540 |
| | Facsimile: (585) 272-0574 |
| 6 | |
| | Charles H. Saul, PA State Bar No. 19938 |
| 7 | MARGOLIS EDELSTEIN |
| | 525 William Penn Place, Suite 3300 |
| 8 | Pittsburgh, PA 15219 |
| | Telephone: (412) 281-4256 |
| 9 | Facsimile: (412) 642-2380 |

STIP OF SUBSTITUTION OF COUNSEL FOR PLTF AND NOT OF APP OF NEW COUNSEL    4    Case Nos. C 08-1190-SI, C 08-1184-SI

10/23/2008 14:06 FAX 415 433 7104    ROSEN BIEN GALVAN    →510 835 6666    ☒005
Oct-14-08  09:19am  From-BURNHAM BROWN    T-016  P.005/006  F-164

0:11-cv-02337-JFA    Date Filed 10/28/08    Entry Number 118    Page 4 of 4
Case 3:08-cv-01190-SI    Document 104    Filed 10/24/2008    Page 4 of 4

1  PURSUANT TO STIPULATION
   IT IS SO ORDERED
2
3  DATED: October ___, 2008

                                    _____
                                    HONORABLE SUSAN ILLSTON
                                    UNITED STATES DISTRICT COURT

STIP OF SUBSTITUTION OF COUNSEL FOR         3    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL