1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  NICHOLAS P. FORESTIERE, SB# 125118
   GURNEE & DANIELS LLP
3  2240 Douglas Boulevard, Suite 150
   Roseville, CA  95661-3805
4  Telephone   (916) 797-3100
   Facsimile   (916) 797-3131
5
   Attorneys for Defendants
6  ALDERWOODS GROUP, INC., PAUL HOUSTON
   SERVICE CORPORATION INTERNATIONAL,
7  SCI FUNERAL AND CEMETERY PURCHASING
   COOPERATIVE, INC., SCI EASTERN MARKET
8  SUPPORT CENTER, L.P., SCI WESTERN MARKET
   SUPPORT CENTER, L.P., and SCI HOUSTON
9  MARKET SUPPORT CENTER, L.P.

10

11                        UNITED STATES DISTRICT COURT

12                       NORTHERN DISTRICT OF CALIFORNIA

13

14 | WILLIAM HELM, DEBORAH PRISE,                    ) No.  CV 08-01184 SI
15 | HEATHER P. RADY, et al., on behalf of           )
   | themselves and all other employees and former   )
16 | employees similarly situated,                   ) [PROPOSED] ORDER PERMITTING
   |                                                 ) WITHDRAWAL OF DEFENDANTS'
17 |                     Plaintiffs,                 ) MOTIONS TO STAY AND DISMISS
   |                                                 ) ACTION PENDING FURTHER
18 |          vs.                                    ) PERSONAL JURISDICTION
   |                                                 ) DISCOVERY
19 | ALDERWOODS GROUP, INC., PAUL A.                 )
   | HOUSTON, SERVICE CORPORATION                    )
20 | INTERNATIONAL, SCI FUNERAL AND                  )
21 | CEMETERY PURCHASING                             )
   | COOPERATIVE, INC., SCI EASTERN                  )
22 | MARKET SUPPORT CENTER, L.P., SCI                )
   | WESTERN MARKET SUPPORT CENTER,                  )
23 | L.P., a/k/a SCI WESTERN MARKET                  )
24 | SUPPORT CENTER, INC., and SCI                   )
   | HOUSTON MARKET SUPPORT CENTER,                  )
25 | L.P.                                            )
   |                                                 )
26 |                     Defendants.                 )
27

28 [PROPOSED] ORDER PERMITTING WITHDRAWAL OF DEFENDANTS' MOTIONS
   TO STAY AND DISMISS
   Case No.: CV 08-01184 SI

1

| | |
|---|---|
| 1 | |
| 2 | Pursuant to the Stipulation of counsel and good cause appearing, Defendants shall withdraw their Motions to Stay and Motions to Dismiss (Docket Nos. 95, 99, 106 and 109), without prejudice to re-file them at a later date to be determined by the Court pursuant to a schedule for completion of personal jurisdiction discovery and for hearing Defendants Motions to Stay and Dismiss, which will be established by the Court at the time of the March 20, 2009 hearing on Plaintiffs' anticipated Motion to Compel. Plaintiffs shall not attempt to take the defaults of any of the Defendants in this matter as a result of their withdrawal of the above-referenced Motion to Stay and Motions to Dismiss. |

Pursuant to the Stipulation of counsel and good cause appearing, Defendants shall withdraw their Motions to Stay and Motions to Dismiss (Docket Nos. 95, 99, 106 and 109), without prejudice to re-file them at a later date to be determined by the Court pursuant to a schedule for completion of personal jurisdiction discovery and for hearing Defendants Motions to Stay and Dismiss, which will be established by the Court at the time of the March 20, 2009 hearing on Plaintiffs' anticipated Motion to Compel. Plaintiffs shall not attempt to take the defaults of any of the Defendants in this matter as a result of their withdrawal of the above-referenced Motion to Stay and Motions to Dismiss.

**IT IS SO ORDERED.**

Dated:_____       _____
                                      Honorable Susan Illston
                                      United States District Court

[PROPOSED] ORDER PERMITTING WITHDRAWAL OF DEFENDANTS' MOTIONS
TO STAY AND DISMISS                                                      2
Case No.: CV 08-01184 SI