| | |
|---|---|
| 1 | BURNHAM BROWN |
| | Robert M. Bodzin, State Bar No. 201327 |
| 2 | P.O. Box 119 |
| | Oakland, CA 94604 |
| 3 | Telephone: (510) 835-6833 |
| | Facsimile:  (510) 835-6666 |
| 4 | rbodzin@BurnhamBrown.com |
| 5 | Attorneys for Plaintiffs |
| 6 | [Additional Counsel Appear on Signature Page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated, | ) ) ) ) ) | CASE NO.  3:08-CV-01184 SI |
| Plaintiffs, | ) ) | [~~PROPOSED~~] ORDER CONTINUING HEARING DATE |
| v. | ) ) | |
| ALDERWOODS GROUP, INC., | ) ) | |
| Defendant. | ) ) ) ) | |

    Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

    1.    The motion hearing date for Defendant's Renewed Motion to Sever Misjoined Plaintiffs Pursuant to FRCP 21 shall be continued to **July 15, 2011 at 9:00 a.m.**

 [PROPOSED] ORDER CONTINUING HEARING DATE                                                                                     1

Case No.:  3:08-CV-01184 SI

**IT IS SO ORDERED:**

6/3/11

_____
Honorable Susan Illston
United States District Court

**AGREED TO:**

Dated: June 2, 2011

| | |
|---|---|
| By: /s/ J. Nelson Thomas | By: /s/ Nicholas P. Foresteiere |
| J. Nelson Thomas (*pro hac vice*) | Steven H. Gurnee |
| Patrick J. Solomon (*pro hac vice*) | Nicholas P. Forestiere |
| Annette Gifford (*pro hac vice*) | John A. Mason |
| THOMAS & SOLOMON LLP | GURNEE & DANIELS LLP |
| 693 East Avenue | 2240 Douglas Blvd, Suite 150 |
| Rochester, NY 14607 | Roseville, CA 95648 |
| Telephone: 585-272-0540 | Telephone: 916-797-3100 |
| Facsimile: 585-272-0574 | Facsimile: 916-797-3131 |
| Robert M. Bodzin, State Bar No. 201327 | Counsel for Defendant |
| BURNHAM BROWN | |
| P.O. Box 119 | |
| Oakland, CA 94604 | |
| Telephone: (510) 835-6833 | |
| Facsimile: (510) 835-6666 | |
| Charles H. Saul (*pro hac vice*) | |
| Liberty J. Weyandt (*pro hac vice*) | |
| Kyle T. McGee (*pro hac vice*) | |
| MARGOLIS EDELSTEIN | |
| 525 William Penn Place | |
| Suite 3300 | |
| Pittsburgh, PA 15219 | |
| Telephone: 412-281-4256 | |
| Facsimile: 412-642-2380 | |
| Counsel for Plaintiffs | |